NUMBER 13-01-807-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

TEXAS DEPARTMENT OF HEALTH,                                         Appellant,

 

                                                   v.

 

NANCY
MARIA GOMEZ,                                                         Appellee.

____________________________________________________________________

 

                        On appeal from the 92nd  District Court

                                  of Hidalgo County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                    Before Justices
Dorsey, Hinojosa, and Rodriguez

Opinion
Per Curiam

 








Appellant, TEXAS
DEPARTMENT OF HEALTH, perfected an appeal from a judgment entered by the 92nd District Court of Hidalgo County, Texas, in
cause number C-5699-96-A. 
After the record was filed and after the appeal was abated for
settlement, appellant filed an unopposed  motion to dismiss the appeal.  In the motion, appellant states that all
settlement documents and conditions precedent to dismissing this appeal have
been completed, and all issues pending before this Court have been fully and
finally resolved by the parties. 
Appellant requests that this Court dismiss the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 18th day
of July, 2002.